UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AMENA MOHAMMED ABDULAZIZ AHMED,

        Petitioner,

-against-

DONALD TRUMP, President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS"); U.S. CUSTOMS AND BORDER PROTECTION ("CBP"); JOHN KELLY, Secretary of DHS; KEVIN K. MCALEENAN, Acting Commissioner of CBP; and JAMES T. MADDEN, New York Field Director, CBP,

        Respondents.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 31 2017 ★
BROOKLYN OFFICE

Case No. 17-cv-493 (PKC)

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Petitioner Amena Mohammed Abdulaziz Ahmed, hereby voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated: New York, New York
      January 30, 2017

                  CLEARY GOTTLIEB STEEN & HAMILTON LLP

                  BY: _____
                       Jennifer L. Kroman
                  One Liberty Plaza
                  New York, New York 10006
                  (212) 225-2000

                  *Pro Bono Attorney for Petitioner* Amena Mohammed Abdulaziz Ahmed

1/30/17  /s/ Carol Bagley Amon